UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT

    Of

JULES ABADI, as owned of vessel M/V
PLAYPEN for Exoneration from or Limitation of
Liability,

    Petitioner.
-------------------------------------------------------------------X

HON. JUDGE JOHN F. KEENAN

**NOTICE OF MOTION**
**TO DISMISS**
**PURSUANT TO**
**FED. R. CIV. P. 12**
**OR FOR**
**SUMMARY JUDGMENT**
**PURSUANT TO**
**FED. R. CIV. P. 56**

**07 Civ. 9575**

TO:   Rubin, Fiorella & Friedman, LLP
        292 Madison Avenue
        New York, NY 10017
        Attorneys for Defendant JULES ABADI

PLEASE TAKE NOTICE that on this date plaintiff SUSAN GARVEY, by her undersigned counsel, THE YANKOWITZ LAW FIRM, P.C., has filed a notice of motion in the office of the Clerk of the United States District Court for the Southern District of New York, for an order dismissing this action. This motion is made on the grounds that:

1. The United States District Court for the Southern District of New York lacks subject matter jurisdiction of the action herein.

2. The Petitioner herein has failed to state a claim upon which relief can be granted.

3. The Petitioner is not entitled to exoneration from or limitation of liability as a matter of law.

Plaintiff also moves the Court for an order, directing defendant to pay all costs and attorneys fees plaintiff has incurred as a result of defendant's frivolous and meritless

-2-

commencement of this action in disregard of the Order of Hon. Justice Louis L. Stanton dated October 18, 2007.

Dated:      Great Neck, NY
            December 28, 2007

                                            THE YANKOWITZ LAW FIRM, P.C.
                                            Attorneys for SUSAN GARVEY

                                            _____
                                            ROBERT P. BAQUET (8162)
                                            175 East Shore Road
                                            Great Neck, NY 11023
                                            (516) 622-6200