# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL (212) 447-4615
E-MAIL: Mstern@Rubinfiorella.com

October 17, 2007

*Via Overnight Mail*

Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

Re:   *Susan Garvey v. Jules Abadi*
      S.D.N.Y. 07-cv-6189 (LLS)

Dear Hon. Judge Stanton:

This firm represents Jules Abadi in this marine personal injury dispute brought by plaintiff Susan Garvey.

We appeared before Your Honor on Friday, October 5, 2007, for an initial conference. At that conference, Your Honor questioned whether the Court had subject matter jurisdiction over this case and whether the removal was proper. Plaintiff's motion to remand was renewed, and we were instructed to submit memoranda on this issue on October 19, 2007.

On Wednesday, October 17, 2007, although we believe that the removal was proper, we contacted the plaintiff and advised that we would not oppose plaintiff's motion to remand. As defendant consents to voluntary remand to state court, we respectfully request that the Court confirm that the filing of briefs on this issue is unnecessary.

Very truly yours,
RUBIN, FIORELLA & FRIEDMAN LLP

Michael E. Stern, Esq.

MES/YSH:sjm
cc: Jack A. Yankowitz, Esq.